UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
: 
MARCO PACELLI ET AL,                                         :
:
                              Plaintiffs,                    :
:                          20-cv-1011 (LJL)
          -v-                                                :
:                               ORDER
AUGUSTUS INTELLIGENCE, INC.,                                 :
:
                              Defendant.                     :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2020

LEWIS J. LIMAN, United States District Judge:

    The Court has received a fully-submitted Motion to Compel Arbitration (Dkt. No. 5). Although sur-replies are not routinely ordered or granted, the Court exercises its discretion to permit Plaintiffs to respond to the arguments presented in the final two paragraphs of Defendant's Reply Memorandum of Law in Support of the Motion to Compel Arbitration (Dkt. No. 12, p. 10–11) ("Plaintiffs argue there are claims in their Complaint not subject to the Arbitration Agreement . . . [citations to] 388 U.S. 395, 403-04, 87 S.Ct. 1801, 1805-06, 18 L.Ed.2d 1270 (1967).").

    Should Plaintiffs wish to respond to those final two paragraphs, they may submit a sur-reply letter not to exceed two pages in length by Wednesday, February 26 at 5:00 p.m. Plaintiffs' letter should not present argument with respect to other issues in the briefing.

    SO ORDERED.

Dated: February 24, 2020
       New York, New York
                                       LEWIS J. LIMAN
                                       United States District Judge