USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/2/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARCO PACELLI ET AL,

                Plaintiffs,

    -v-

AUGUSTUS INTELLIGENCE, INC.,

                Defendant.

------------------------------------------------------------X

20-cv-1011 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of Plaintiffs' Motion for Summary Judgment (Dkt. No. 19).

    IT IS HEREBY ORDERED that Defendant's deadline to respond to the motion is ADJOURNED pending further order from the Court.

    SO ORDERED.

Dated: March 2, 2020
        New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge