UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MARCO PACELLI ET AL, :
:
:
Plaintiffs, :
: 20-cv-1011 (LJL)
-v- :
: ORDER
:
AUGUSTUS INTELLIGENCE, INC., :
:
Defendant. :
:
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2020

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of Plaintiffs' Amended Complaint (Dkt. No. 24), which was filed without leave of Court. No later than 5:00 p.m. on March 11, 2020, Plaintiffs are ORDERED to submit a letter specifying how the amended pleading complies with Federal Rule of Civil Procedure 15.

    As an exhibit to the letter, Plaintiffs are directed to submit a red-lined version of the Amended Complaint identifying how the document differs from the originally filed Complaint (Dkt. No. 1).

    SO ORDERED.

Dated: March 10, 2020
       New York, New York
                                          LEWIS J. LIMAN
                                        United States District Judge