# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Michael S. Gordon
direct dial: 212.589.4265
mgordon@bakerlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/12/2020

March 12, 2020

> Application GRANTED. The hearing is ADJOURNED sine die. Parties shall inform the Court by letter when medical circumstances permit Mr. Webster to participate.
>
> 3/12/2020
>
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

**VIA ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

Re:   *Pacelli and Crump v. Augustus Intelligence, Inc.,* **Case No. 20-CV-1011 (LJL)**

Dear Judge Liman:

    We are counsel for defendant, Augustus Intelligence, Inc. ("Defendant") and have just filed our appearance in this matter.[1] We submit this letter application pursuant to Your Honor's Individual Rule 1(C), to request an adjournment of the evidentiary hearing currently scheduled in this matter for March 16, 2020 at 10:00 a.m. (*See* ECF Doc. No. 17.)

    We are requesting this adjournment because a witness Defendant intends to call at the hearing, William Webster, Defendant's Co-Chief Operating Officer – who also has been subpoenaed to testify by plaintiffs, Marco Pacelli and Ed Crump ("Plaintiffs") – is unable to appear on Monday due to a serious illness. Mr. Webster, who is a Florida resident, currently is being treated for a severe lower respiratory infection, and is on antibiotics and steroids to facilitate his breathing. His physician has instructed him not to work or travel, at least until later next week, and his condition also prevents him from testifying on Monday via video conference.

    There have been no prior requests for adjournment of this hearing, which is the parties' next scheduled appearance before the Court. Plaintiffs' counsel has consented to this adjournment request, and joins Defendant's counsel in wishing to proceed expeditiously with the hearing as soon as Mr. Webster is available. Defendant expects Mr. Webster to be able to appear at the end of next week or the beginning of the following week. As such, the parties have conferred and –

---

[1] Lewis J. Bartell, who previously appeared as counsel for Defendant, will continue as co-counsel.

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

4844-6965-3175.1

The Honorable Lewis J. Liman
March 12, 2020
Page 2

pending the Court's availability – would be able to proceed with the hearing on Friday, March 20; Tuesday, March 24 or Wednesday, March 25.

    We thank the Court in advance for its consideration of this adjournment request.

Respectfully submitted,

*Michael Gordon*

Michael S. Gordon

cc:    All Counsel of Record

4844-6965-3175.1