```
UNITED STATES DISTRICT COURT                                  USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                                 DOCUMENT
-----------------------------------------------------------X  ELECTRONICALLY FILED
                                                           :  DOC #:_____
MARCO PACELLI ET AL,                                       :  DATE FILED: 3/20/2020
                                                           :
                        Plaintiffs,                        :
                                                           :        20-cv-1011 (LJL)
        -v-                                                :
                                                           :            ORDER
AUGUSTUS INTELLIGENCE, INC.,                               :
                                                           :
                        Defendant.                         :
                                                           :
-----------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has received Defendant's letter (Dkt. No. 35) regarding California Labor Code Section 925. On those issues, and others, the Court seeks additional briefing. Accordingly, the following is HEREBY ORDERED:

No later than April 13, 2020, both parties shall submit letter-briefs on the following topics: (1) whether an arbitrator must decide the question of arbitrability, and (2) the legal effect of the employment agreements' requirement that the parties "endeavor first to settle [a] dispute by mediation" before "any unresolved controversy or claim" is "settled by arbitration." Plaintiffs' brief may, additionally, respond to the arguments in Defendants' letter regarding California Labor Code Section 925. Defendant's letter-brief may not exceed three single-spaced pages. Plaintiffs' letter-brief may not exceed five single-spaced pages. Both briefs should focus on citations to legal authority rather than facts or policy arguments.

No later than April 27, 2020, both parties may file responses to the above-mentioned letter-briefs. These responses may only address topics (1) and (2) named above and they are limited to two single-spaced pages. Aside from Plaintiffs' response to today's letter, no further briefing is invited on the California statutory question.

SO ORDERED.

Dated: March 20, 2020                    _____
       New York, New York                         LEWIS J. LIMAN
                                                United States District Judge